IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI A. ARNOLD, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL NO. 3:12-CV-02417 |
| | : |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : (Judge Brann) |
| | : |
| Defendant | : |

ORDER

March 11, 2014

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

      1. The Clerk of Court shall enter judgment in favor of Lora A. Arnold and against the Commissioner of Social Security, as set forth in the following paragraph.

      2. The decision of the Commissioner of Social Security denying Lora A. Arnold disability insurance and supplemental security income benefits is vacated and the case remanded to the Commissioner of Social Security to:

      2.1 Conduct a new administrative hearing and appropriately evaluate the medical evidence and the credibility of Arnold.

      3. The Clerk of Court shall close this case.

      BY THE COURT:

      s/Matthew W. Brann
      Matthew W. Brann
      United States District Judge